**SIDLEY AUSTIN LLP**
**SIDLEY**

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

jkuster@sidley.com
(212) 839 7336

FOUNDED 1866

April 20, 2018

Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Re: United States of America v. MIMO International Imports and Exports, Inc., Case No. 1:18-cr-00059 (PKC).

Dear Judge Chen:

We represent the Confederation of North, Central American and Caribbean Association Football ("CONCACAF"). The victim of the defendant in the above-referenced matter, the Federación Costarricense de Fútbol ("FEDEFUT"), is a member association in CONCACAF. I am writing to you on behalf of FEDEFUT with respect to your March 16, 2018 order granting Restitution in the amount of $500,000 to FEDEFUT (the "Restitution Payment") (ECF No. 7). (Ex. 1). FEDEFUT respectfully requests that the order for the Restitution Payment be modified to allow the Payment to be sent to Sidley, counsel for CONCACAF, in the United States. The request is being made because FEDEFUT has concerns sending such a large check to it via regular mail in Costa Rica presents risks associated with logistics and security that it would prefer to avoid if possible. Initially, on March 30, 2018, FEDEFUT provided Electronic Fund Transfer ("EFT") information to allow the court to electronically process the Restitution Payment. On April 10, 2018, however, Mei Liao, a financial analyst at the District Court for the Eastern District of New York, informed me that the EFT could not be processed. As an alternative, FEDEFUT has sent us the attached letter asking us to submit it to the Court on its behalf, in which it requests that the Restitiution Order be modified to allow the Restitution Payment to be sent to my firm as its agent for this purpose. (Ex. 2) The letter from FEDEFUT to the Court is attached hereto.

SO ORDERED
DATED: Brooklyn, NY
5/2/18

s/PKC

Pamela K. Chen
U.S. District Judge

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.



Honorable Pamela K. Chen
April 20, 2018
Page 2

      If that is acceptable to the Court, we respectfully request that the Restitution Payment for FEDEFUT be ordered to be sent to FEDEFUT, c/o John Kuster, Esq., Sidley Austin LLP, 787 Seventh Avenue, NY, NY 10019.   Thank you in advance for your consideration.

                Respectfully Submitted,

                /s John J. Kuster

                John J. Kuster
                SIDLEY AUSTIN LLP
                787 7th Avenue
                New York, NY 10019
                212-839-5300
                *Counsel for CONCACAF*